IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL LOUGH,

    Plaintiff,

v.                                           No. 16-cv-0338 GJF-SMV

BNSF RAILWAY COMPANY

    Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     June 29, 2016, at 1:30 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **June 29, 2016, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.