# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**PAUL LOUGH,**

      **Plaintiff,**

**v.**                                                    **No. 16-cv-0338 JCH/SMV**

**BNSF RAILWAY COMPANY**

      **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      September 26, 2016, at 10:30 a.m. (MDT)

      A telephonic status conference is set for **September 26, 2016, at 10:30 a.m. (MDT)**.

Counsel must be prepared to explain why the Joint Status Report was not filed by September 9,

2016, as ordered by the Court.  [Doc. 17].  Counsel shall call Judge Vidmar's "Meet Me" line at

**(505) 348-2357** to connect to the proceedings.[1]  The Court again requests that counsel read Fed.

R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

      **IT IS SO ORDERED.**

                                   _____

                                    **STEPHAN M. VIDMAR**
                                    **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.