IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL LOUGH,

    Plaintiff,

v.                                                          No. 2:16-cv-00338 JCH-SMV

BNSF RAILWAY COMPANY,

    Defendant.

## ORDER STAYING CASE AND VACATING THE EXISTING TRIAL SETTING

This matter is before the Court on Parties' Joint Motion to Stay Case and Vacate Existing Trial Setting. The Court, being fully advised, finds the motion well-take and will grant it. Wherefore, it is HEREBY ORDERED as follows:

1.    The case is stayed for 60-days from the date this order is entered. In approximately 60-days, the Court will schedule a status conference. All deadlines falling after August 7, 2017 in the scheduling orders issued by the Court are hereby vacated and will be reset at the scheduled status conference.

2.    The Court hereby vacates the current trial setting, set for the trailing docket for February 12, 2018 [Doc. No. 37]. The trial will be rescheduled in this matter at a mutually convenient time.

IT IS SO ORDERED.

                                                                       STEPHAN M. VIDMAR
                                                                       UNITED STATES MAGISTRATE JUDGE

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/ Jennifer L. Bradfute*
Tim L. Fields
Marco E. Gonzales
Jennifer L. Bradfute
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
tfields@modrall.com
meg@modrall.com
jlb@modrall.com
*Attorneys for BNSF Railway Company*


Telephonic approval on August 14, 2017, agreeing to extend the deadline for BNSF's expert disclosures by:

BARISH ROSENTHAL

By: */s/ Anthony M. DiGiulio*
Anthony M. DiGiulio, Esquire