# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**PAUL LOUGH,**

    **Plaintiff,**

**v.**                                                     **No. 16-cv-0338 JCH/SMV**

**BNSF RAILWAY COMPANY,**

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    September 4, 2018, at 9:30 a.m. Mountain Time

**Matter to be heard**:    Status Conference

A telephonic Status Conference is hereby set for **September 4, 2018, at 9:30 a.m. Mountain Time**. Counsel should be prepared to discuss the status of the case and dates of availability for a settlement conference. Counsel must call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.